cal sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOY SCOUTS OF AMERICA - DESERT PACIFIC COUNCIL; BOY SCOUTS OF AMERICA,<br><br>            Plaintiffs,<br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>            Defendants. | Civil No.04cv0235 J (AJB)<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE AND STAYING CASE |

Due to the pending appeal in the related case of Barnes-Wallace v. Boy Scout of America, 00cv1726 J (AJB), the December 10, 2007 Case Management Conference in the above entitled action is hereby vacated. This case is stayed pending the outcome of the appeal and will be rescheduled accordingly.

IT IS SO ORDERED.

DATED: August 15, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1                                                                              04cv0235